### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Ardiana  Shkoza

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

NYC Health and Hospital Corporation

Jacobi Medical Center

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☒ Yes   ☐ No



RECEIVED
MAY 1 1 2020
PRO SE OFFICE

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   PARTIES

### A.   Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Ardiana | | Shkoza |
|---|---|---|
| First Name | Middle Initial | Last Name |

2310 Laconia Ave

Street Address

| Bronx | NY | 10469 |
|---|---|---|
| County, City | State | Zip Code |

| 646-600-1963 | ardianashkoza@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:   Jacobi Medical Center

Name

1400 Pelham Parkway South

Address where defendant may be served

| Bronx | NY | 10461 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

Name

Address where defendant may be served

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                              State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Jacobi Medical Center

_____

Name

_____

Address

Bronx                              NY                    10461

_____

County, City                              State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐  race: _____

☐  color: _____

☐  religion: _____

☐  sex: _____

☒  national origin:  ALBANIA _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: <u>1975</u>

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment
actions against me (check only those that apply):

☐    did not hire me

☒    terminated my employment

☐    did not promote me

☐    did not accommodate my disability

☒    provided me with terms and conditions of employment different from those of
similar employees

☒    retaliated against me

☒    harassed me or created a hostile work environment

☐    other (specify):    Threatened me

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should
explain what actions defendants took (or failed to take) *because of* your protected
characteristic, such as your race, disability, age, or religion. Include times and locations, if
possible. State whether defendants are continuing to commit these acts against you.

I was terminated from Jacobi Medical Center after 51 days of employment. Since  I began
working there,I experienced discrimination,harassment, hostile workplace environment

and retaliation. Workplace hostile environment was brought few times to the attention of

the new director of the department Robert Lujan inexcusably failed to take proper
corrective action and retaliated against me.

See EEOC attachment

As additional support for your claim, you may attach any charge of discrimination that you filed
with the U.S. Equal Employment Opportunity Commission, the New York State Division of
Human Rights, the New York City Commission on Human Rights, or any other government
agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒   Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  10/09/2019

☐   No

Have you received a Notice of Right to Sue from the EEOC?

☒   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  02/11/2020

When did you receive the Notice?  02/13/2020

☐   No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☐   direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

☐   direct the defendant to reasonably accommodate my disability

☒   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Because discrimination and harassment  I lost my job,I lost my pension,I lost my health insurance, I lost my health and they damaged my career.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 05/08/2020 | | Ardiana Shkoza |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Ardiana | | Shkoza |
| First Name | Middle Initial | Last Name |
| 2310 Laconia Ave | | |
| Street Address | | |
| Bronx | NY | 10469 |
| County, City | State | Zip Code |
| 646-600-1963 | | ardianashkoza@yahoo.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

Ardiana Shkoza

2310 Laconia Ave

Bronx,NY 10469

My name is Ardiana Shkoza.  I am a US citizen. I work for HHC since 2009. After working

there for 3 and half years I was forced to resign after I complained about discrimination,

harassment and work hostile environment. I still applied for different positions at all

HHC hospitals and facilities. In May 2018 I applied to Jacobi Hospital.  I have been

interviewed by Monica Solis and Rosemarie Young and they did not offer me the job.

I still applied for same job and I was called for interview. This time I was interviewed by

Tony Bello-Giwah and Josephine Martinez. As they explained me this job is 2 years

temporary, but we hired permanently people who are doing the job because you will

have experience about the job. I accepted the job because I needed to accumulate

pension credits and I needed 1.5 year to vest my 5 years work at City job and not to lose

it as I have lost it.

My first day was March 4, 2019. New Director Robert Lujan who just had received the

position, from the first day changed my department, my manager, and my supervisors.

My supervisors on the paper were Tony Bello- Giwah, Maria Staggers. I was being

trained by my new supervisor Melissa Emeric who was hired one week after me.  Since

the first day Supervisor Melissa was so opened about harassment and discrimination

and denying my presence there. When she came to our room, she just turns her back

from me ignoring and started to train my coworkers who were hired 6 months before.

1

Since first day she  denied my present there, finding excuses she was new employer for
herself, denied me training,  not trained correctly, discriminating in terms of
misunderstanding the tasks given, asking me the question where I am from , do I have
a US passport, do I have Social Security number, do I have a health insurance.  One day
she said to me I will call Roberto to come to teach you. Another day she called other
worker Jose  to my computer to change the prices people owed, did not know what
that has to do with my learning, it wasn't part of my job  and I told her what has Jose
Reyes to do to my computer why are you doing things wrong and will be showing I did
because is my computer. I complaint to director about not being trained changed my
assignments about my co-worker saying I will be fired. Being in work hostile
environment I said I am not feeling well, I am under stress and being pressured. He said
do not worry your job is safe they are same position as you are, they have been hired
just 6 months before you. Manager Rosemary Young asked me "did you go to Roberto
and complaint about Jose, Melissa and others ".

April 23 morning, I went to work as always 10 minutes early but when I went to my desk,
I find out Janine Doxey has turn on my computer and was sitting down at my chair. In the
room was Manager Rose too. She said nothing, just go to another room, no more
explanation from her. Ok I said can I take my notes from my desk and few other things I
needed to do the job.  They put me back at the clerical room as I started first day but
computer was not working, and they changed me to another room. I meet the Director at
hallway I asked him. Why my workstation is occupied? First, he told me it is not your

desk it is our desk and she is doing dental. (After 51 days of my employment there, they find out that morning my computer is for dental. Janine was doing dental since she was hired there at her computer next room). I seated at other room until 4 a clock when manager Rose told me HR downstairs are asking for you. I went downstairs and find out directly from the Director of Human Resources my work has been terminated without reason. She gave me the wrong name and address.

I had the account with New York City Health & Hospital Corporation, but Lujan wanted to open a new account for me. Lujan came to me to give a log in username and he wrote down ardiannashkoza. With double NN. I told him it is not my name.

New Director Robert Lujan since the first day used the code words to harassed me, but me and harasser know what that  mean, you do not have to spell it out when you want to insult someone because of their national origin.

My first name with double NN (attached is a copy). with double NN in Albania mean we are going to hurt you 2 time because this is a second time hired and fired by NYC Health Hospital Corporation retaliated against me brave enough to speak out.

All those management and coworkers so organized from day one to harass and discriminate me, and I on other side asking for help to Ms. Tanya's Blanchette (Director of Patients Account) Roberto Lujan (New Director) Rosemarie Young (Manager).    What

3

I received. "terminated'.

Because discrimination and harassment I lost my job, I lost my pension, I lost my health insurance, I lost my health and they damaged my career.

Ardiana Shkoza

Ardiana Shkoza

ardianashkoza@yahoo.com

646-600-1963



**HEALTH +**
**HOSPITALS**

Division of Human Resources

1400 Pelham Pkwy S • Nurse's Residence RM1S6• Bronx, N.Y. 10461• Tel. (718) 918-7190 • Fax (718) 918-3835

March 1, 2019

Dear Ardiana Shkoza:

Congratulations!

We are pleased to formally offer you the appointment of temporary **Hospital Care Investigator** at NYC Health + Hospitals / Jacobi Medical Center in the **Patient Accounts Department & Admitting, earning $40,275** annually. Your start date is **March 4, 2019.**

Please note that our facilities must be able to provide services twenty-four hours per day, seven days per week. For this reason, upon appropriate notification, your days and hours of duty may be subject to change. Your initial appointment is to **tour II** your specific hours are **9:00am-5:00pm,** unless you are notified otherwise.

You are scheduled to attend a **2 day New Employee Orientation (NEO) Program on March 4 & 5, 2019** at **9:00am at Nurse's Residence Bldg. #4 2nd Floor.** As a union represented employee, you may be entitled to a range of benefits available through your union. A list of union websites, as well as additional benefits can be found on the Employee Self Service website at http://ess.nychhc.org. This title is covered by (Union/Welfare Fund) **DC 37 Local 371,** the union contact number is (212) 815-1000.

On behalf of NYC Health + Hospitals / Jacobi Medical Center, welcome to our health care system. We are confident that you will help us exceed our patients' expectations and empower New Yorkers to live their healthiest lives. We wish you much success in your new position.

If you have any question, please contact Carolyn Strange by telephone at **(718)918-3546** or by email, at Carolyn.Strange@nychhc.org.

Sincerely,

*Carolyn Strange*

Carolyn Strange
Personnel Representative
NYC Health + Hospitals / Jacobi Medical Center

C:     HR File



Division of Human Resources

**February 15, 2019**

Dear Ardiana Shkoza;

We are pleased to extend you a preliminary job offer to the temporary position of Hospital Care Investigator in the Patient Accounts Department. Your tentative start date will be March 4, 2019. This offer is contingent upon your satisfactory compliance with NYC Health + Hospitals Terms and Conditions of Appointment & Employment. Such terms may include a Pre-Employment Physical Examination and/or a Background Investigation.

As discussed, during your interview, pre-employment physical examination is required, prior to your starting date. An appointment has been scheduled **Wednesday, February 20 @ 10:30am** with our Occupational Health Service, located at Training Conference Center #4 Room 13S4, 13th floor, Bronx, NY.  You must bring a copy of this letter with you to Occupational Health Service.

When you report for your onboarding appointment, you must present the following **original** documents: Social Security Card, Form I-9 with supporting documents, and a **copy** of your diploma/degree for your highest level of education.   Please note that if your highest level of education is from a school outside the US please visit http://www.nychealthandhospitals.org/careers/frequently-asked-questions/ for further instructions. If applicable, you are required to also bring **copies** of your Licenses/Registrations and/or Current Certifications (i.e., ACLS, BLS).

Please submit your pre-employment documents online. It is important that you read all instructions in your pre-employment documents.

We look forward to meeting with you to finalize the onboarding process.

Sincerely,

VILMA GUADALUPE
Employment Specialist
Recruitment Unit
Vilma.Guadalupe@nychhc.org

CC:        HR File

*Adriana 646-600-1963*



HEALTH+
HOSPITALS          Jacobi/North Central Bronx          Department of Human Resources

1400 Pelham Pkwy S ● Nurses Residence● Building 4, 1S6, Bronx, N.Y. 10461● Tel. (718) 918-3520 ● Fax (718) 918-3542

April 23, 2019

Ms. Adrianna Shkoza
2310 Laconia Avenue
Bronx, NY  10468

Dear Ms. Shkoza:

Please be advised that your temporary appointment to the position of Hospital Care Investigator is terminated. While your last day on duty is today, you will remain on payroll through Friday, April 26, 2019.

I wish you luck in your future endeavors.

Sincerely,

Joanne Sampson
Director of Human Resources

cc:      Personnel File

NYC
HEALTH+
HOSPITALS  |  Jacobi

1400 Pelham Parkway South
Bronx, NY 10461

*Ms. Adrianna Shkoza
2310 Laconia Avenue
Bronx, NY 10468*





**NYCERS**
NYC Employees' Retirement System

## ACTION REQUIRED: APPLY FOR A REFUND

3734426    ARDIANA SHKOZA                                                June 21, 2019
           2310 LACONIA AVE
           BRONX, NY 10469                                               **Member # 674397**

12135 - 481

Dear Ardiana Shkoza:

The New York City Employees' Retirement System (NYCERS) determined that you qualify for a refund of your Accumulated Deductions because your NYCERS membership was terminated on March 12, 2019.

Membership in NYCERS ends when a member with less than five years of service has been out of City service for five or more years during any consecutive ten-year period.

Interest is credited on your contributions up to the date your membership was terminated. However, if you joined NYCERS before July 1, 1990, your contributions may remain on deposit with NYCERS earning interest at the rate of 5% per year until you reach age 62. If you choose to apply for your refund prior to reaching age 62, interest will only accrue up to the date your membership was terminated.

Please complete the enclosed Application for Refund of Member's Accumulated Salary Deductions Form #331 and return the notarized form to NYCERS if you wish to receive your refund.

If you need further assistance, please contact our Call Center at (347) 643-3000 or visit our Customer Service Center at 340 Jay Street, Brooklyn, NY 11201.

Sincerely,

Refunds

Enclosure(s)

| **WALK-IN**<br>**CENTER** | 340 Jay Street<br>Brooklyn, NY 11201<br>(347) 643-3000 | **FORMS AND**<br>**CORRESPONDENCE**<br>**MAILING ADDRESS** | 30-30 47th Avenue, 10th Floor<br>Long Island City, NY 11101<br>www.nycers.org | **EXECUTIVE**<br>**OFFICES** | 335 Adams Street<br>Suite 2300<br>Brooklyn, NY 11201 |



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
New York Direct Dial: (929) 506-5270
FAX (212) 336-3625
Website: www.ecoc.gov

Our Reference:   Ardiana Shkoza v. JACOBI MEDICAL CENTER
                 EEOC # 520-2019-05448

Ardiana Shkoza
2310 Laconia Ave
Bronx, NY 10469

Dear Ms. Shkoza:

This is with reference to your correspondence and subsequent communication with this office in which you alleged discrimination in violation of the Age Discrimination in Employment Act of 1967 as amended and Title VII of the Civil Rights Act of 1964, as amended, by the above-named Respondent.

The Commission has reviewed the evidence you submitted both at the charge filing stage and everything thereafter. Review of the available evidence does not establish a violation of the statute(s). This does not certify that Respondent is in compliance with the statutes. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. For this reason, we will issue you a Dismissal and Notice of Rights, which will enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice if you wish to pursue this matter further.

We regret that we could not be of further service to you in this matter.

Sincerely,

2-11-2020
_____
Date

_____
Investigator Jolissa Soriano

EEOC Form 161 (11-16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Ardiana Shkoza<br>2310 Laconia Ave<br>Bronx, NY 10469 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2019-05448 | Julissa Soriano,<br>Investigator | (929) 506-5304 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Judy A. Keenan_ (signature)

**Judy A. Keenan,**
**District Director / Acting Deputy Director**

2-11-2020
(Date Mailed)

Enclosures(s)

cc:

**Attn: Counsel**
**JACOBI MEDICAL CENTER**
**1400 Pelham Parkway South**
**Bronx, NY 10461**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of
your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the
charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request within 6 months of this Notice**.  (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Str
5th Fl
New York, NY 10(
(929) 506-5:
TTY (800) 669-4(
Fax: (212) 336-3(

Respondent: JACOBI MEDICAL CENTER
EEOC Charge No.: 520-2019-05448
FEPA Charge No.:

January 13, 2020

Ardiana Shkoza
2310 Laconia Ave
Bronx, NY 10469

Dear Ms. Shkoza:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

[ ]    The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge.  Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X".  For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3)  Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5).  Please sign and return the charge within thirty (30) days from the date of this letter.  Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.  Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to New York State Division Of Human Rights Federal Contract Unit On€ Fordham Plaza, 4 Fl. Bronx, NY 10458 as required by our procedures. If that agency processes the charge, it may requir€ the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | **520-2019-05448** |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Ardiana Shkoza** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **2310 Laconia Ave, Bronx, NY 10469** | |

Named Is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **JACOBI MEDICAL CENTER** | **Unknown** | **(718) 918-3542** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1400 Pelham Parkway South,  Bronx, NY 10461** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **04-23-2019**   Latest **04-23-2019**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I believe I was discriminated against due to my age (43), national origin (European), sex (female) and retaliation. I was a Hospital Care Investigator at Jacobi Hospital. On March 4th, 2019, I was hired into the temporary position.

On or around March 11th I met with Audie Henriques, Assistant director of Training and Development and discussed about the issues I was dealing with in my department.

On March 18th, 2019, I spoke with Tanya Blanchetto, Director, I spoke to her about the bullying in the workplace. Triston Francis, a Supervisor was present when I complained to Tanya.

After speaking Tanya, on March 27, I sent an email Joanne Desario, Compliance Officer about the workplace bullying and met with the Director Roberto Lujan to speak about the workplace bullying as advised by Joanne.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 01.14.20  *Ardiana Shkoza* <br> Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2019-05448 |

| **New York State Division Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

On or around April 12th, Roberto Lujan, Director, touched me twice on my shoulder when I went to his office to speak about the workplace issues.

Melissa Emeric, my direct supervisor, made comments about my national origin every day. She asked me if I "have a passport." Melissa failed to train me properly about my work duties and constantly harassed me in terms of my work product.

I believe I was discriminated against due to my age, national origin, sex and retaliation in violation of Title VII of the Civil Rights Act of 1964 as amended and the Age Discrimination Employment Act of 1967 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04.14.20      *Ardiana Shkoza*<br>Date                *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.    **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    ·ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

⊘ ⚡ ⊿ 68% 🔋 10:18 PM

← Dr Joanne Des...   ▼   CALL   MORE
+13477352092

Wednesday, March 27, 2019

Dear Ms Desarlo
My name is Ardiana
Shkoza. I work at Jacobi
hospital.  I am new
employee. I started working
here March 4. I work as
Hospital Care Investigator
bldg 4  10fl room 18. Since
the first day I started I have
been bullied etc etc. I need
to talk to you please

12:21 PM

Which time will be better to
call you or maybe to come
to meet you

12:23 PM

P.S
My first day at department
was March 6

12:24 PM

Thank you
Ardiana Shkoza

12:25 PM

999



☺ ⸢⸣ ⋅⋅ 59% ⸻ 6:22 PM

← Dr Joanne Des...   ▼   CALL   MORE
+13477352092

Thank you
Ardiana Shkoza
12:25 PM

Thursday, March 28, 2019

Hello Adriana, have you
reported your concerns to
your manager?
11:26 AM

Hello Ms Desarlo
Thank you for your
response.  I just had a
open  talk today with my
Director. He is awere off my
concerns.
12:48 PM

Who is your director?   12:58 PM

1:02 PM   Roberto  Lujan

I did not told him I have
1:05 PM   contacted you.

999



 

☉ 📶 50% 📶 6:23 PM

← **Dr Joanne Des...** ▼   CALL   MORE
+13477352092

Thank you for your response. I just had a open talk today with my Director. He is awere off my concerns.

12:48 PM

Who is your director? 12:58 PM

1:02 PM   Roberto Lujan

I did not told him I have
1:05 PM   contacted you.

That's fine I will not contact him. Also keep in mind that Jacobi has an EEO officer who handles harassment complaints based on discrimination. 1:10 PM

Thank you  thank you very
1:10 PM   much

999



 

## Shkoza, Ardiana

| | |
|---|---|
| **From:** | Lujan, Roberto |
| **Sent:** | Thursday, April 04, 2019 4:49 PM |
| **To:** | Shkoza, Ardiana |
| **Subject:** | RE: EMBELEM ACCESS |

Ardiana,

Come to my office please.

**From:** Shkoza, Ardiana <shkozaa@nychhc.org>
**Sent:** Thursday, April 4, 2019 4:42 PM
**To:** Lujan, Roberto <Roberto.Lujan@nychhc.org>
**Subject:** FW: EMBELEM ACCESS

Ms, Lujan

Can you please read this massage?
This is HIPPA violation.
Are you aware of this, what Giosue Conte did?
Please see what your staff is doing to me. I have limited training, bullied etc. etc.
I was so open with you but you are finding excuse for everything around.

**From:** Young, Rosemarie
**Sent:** Thursday, April 04, 2019 3:25 PM
**To:** Shkoza, Ardiana <shkozaa@nychhc.org>
**Cc:** Emeric, Melissa <Melissa.Emeric@nychhc.org>
**Subject:** FW: EMBELEM ACCESS

**From:** Conte, Giosue
**Sent:** Thursday, April 04, 2019 2:45 PM
**To:** Young, Rosemarie <Rosemarie.Young@nychhc.org>
**Subject:** EMBELEM ACCESS



## Manage Users

You are here: EmblemHealth > Providers > myEmblemHealth > Set Permissions

Information valid as of 4/4/2019 2:43 PM

### Find a User

User ID*: [          ]   Last Name: [          ]   First Name: [          ]   Search

### User Information:  (Update)  (View History)  (Activity Log)

| | | |
|---|---|---|
| User ID: | ARDIANAS | Date of Birth: | 11/08/1975 |
| Name: | SHKOZA, ARDIANA | Password: | ******** |
| Practice Address: | | Home Phone: | |
| Email: | shkozaa@nychhc.org | Work Phone: | |
| Status | Inactive | Fax: | |

* Required Fields

### Assign Roles

Choose role(s)*:  ☐ Administrator   ☑ Billing Specialist   ☐ Concurrent Review Report   ☐ Default User   ☐ Discharge Planner   More Roles >

### Permissions

| Permissions | Administrator | Billing Specialist | Concurrent Review Report | Default User | Discharge Planner |
|---|---|---|---|---|---|
| Eligibility and Benefits Inquiry | ✓ | ✓ | ✓ | ✓ | ✓ |
| Claims Inquiry | ✓ | ✓ | | | |
| Concurrent Status Review Report | ✓ | ✓ | | | |
| Edit Profile | ✓ | ✓ | ✓ | | |
| Referral Inquiry | ✓ | ✓ | ✓ | | |
| Prior Approval Inquiry | ✓ | ✓ | ✓ | | |
| GHI Pre-Certifications Search | ✓ | ✓ | ✓ | | ✓ |
| ER Admission Notification | ✓ | ✓ | | ✓ | |
| ER Admission Notification Inquiry | ✓ | ✓ | ✓ | | |
| Security Application | ✓ | | | | |

More Roles >

### Providers

Home
Claims/Checks
Benefits/Eligibility
Referrals
Pre-Certifications/
Prior Approvals
Electronic Funds
Transfer/
Electronic Remittance
Advice
Provider Profile
Message Center
Provider
Credentialing Tool
Request ER Notification
Search ER Notification
**Security Application**
Manage Users
Manage Roles
Risk Adjustment
(Collabor8 Program)

**NEWS & FEATURES**

**PROVIDER RESOURCES**

**DENTAL PROVIDER
RESOURCES**

# Provider Portal

Welcome to the Affinity Provider Portal

👤 **Provider Details** −

Logged in as: **ArdianaS Shkoza**   Logout (/Authentication/L

| | |
|---|---|
| **Provider Name** | HHC North Bx Health Network |
| **Provider Id** | HHCNBHNETWRK |
| **Username** | Ardiana |
| **Tax ID** | |
| **NPI** | |
| **Email** | shkozaa@nychhc.org |
| Edit (/Profile) | |

## Welcome

Welcome to the new Affinity Provider Portal It has a new look and feel! We have made it easier and quicker for you
to search Member Eligibility, Claims and Authorizations. Enjoy navigating through our new portal.

© 2009 - 2019 - Affinity Health Plan All Rights Reserved.                    1.0.946.0

https://providerportal.affinityplan.org/                                    4/12/2019

## Outpatient Account Phone Tree

| Last Name | First Name | Room |
|---|---|---|
| Stone | Maria | 10-N-9 |
| | | 10-N-10 |
| Nercho | Francis | 10-N-10 |
| Banggaroo | Branily | 10-N-11 |
| Skenolo | Dejon | 10-N-11 |
| Ramirez | Melanie | 10-N-11 |
| Gonzalez | Roberto | 10-N-11 |
| Solis | Monica | 10-N-12 |
| EMERIC | Melissa | 10-N-12 |
| Espinal | Polonia | 10-N-13 |
| Ghygliotti | Emma | 10-N-13 |
| Lahoz Castro | Miriam | 10-N-13 |
| Stewart | Richard | 10-N-13 |
| Edwards( BIG E) | Kwesi | 10-N-13 |
| Ashe | Tenee | 10-N-14 |
| | | 10-N-14 |
| Young | Rose | 10-N-16 |
| Matos | Juana | 10-N-17 |
| | | 10-N-17 |
| Brooks | Crystal | 10N18 |
| Sievers | Tika | 10N18 |
| Covington | Shaina | 10N18 |
| Dejesus | Liskari | 10N18 |
| Reyes | Jose | 10-N-19 |
| Olivares | Heysha | 10-N-19 |
| Pena | Anabel | 10-N-20 |
| Peralta | Thiara | 10-N-20 |
| Meadows | Octavia | 10-N-20 |
| Doxey | Janine | 10N20 |
| Eason | Thelma | 10-N-21 |
| Conte | Giosue | 10-N-21 |
| Lujan | Roberto | 10-N-22 |

doc2.jpg

Download





06+.jpg

April 18, 2019

Download



**From:** Ardiana SHKOZA
2310 Laconia AVE
Bronx, NY 10469
646-600-1963

**Bubble Mailer**



**To:** PRO SE INTAKE UNIT



RECEIVED
MAY 1 1 2020
PRO SE OFFICE

**The UPS Store**