| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7-21-20 |

ARDIANA SHKOZA,

                Plaintiff,

            v.

NYC HEALTH AND HOSPITAL CORPORATION AND JACOBI MEDICAL CENTER,

                Defendants.

20-CV-3646 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

    Plaintiff Ardiana Shkoza, proceeding *pro se*, brings this action under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, and the New York State and City Human Rights Laws, alleging that her employer discriminated against her based on her national origin and age. Since Plaintiff has already paid the filing fees, her request to proceed *in forma pauperis*, *see* Dkt. 4, is denied as moot.

    The Clerk of Court is directed to issue summonses as to Defendants NYC Health and Hospital Corporation and Jacobi Medical Center. Plaintiff is directed to serve the summons and complaint on Defendants within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

      The Clerk of Court is thus respectfully directed to mail a copy of this Order to Plaintiff, together with an information package, and to issue summonses as to Defendants NYC Health and Hospital Corporation and Jacobi Medical Center.

SO ORDERED.

Dated:    July 21, 2020
            New York, New York

                                                      RONNIE ABRAMS
                                                      United States District Judge