```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARDIANA SHKOZA,

                Plaintiff,

v.

NYC HEALTH AND HOSPITAL CORPORATION AND JACOBI MEDICAL CENTER,

                Defendants.

20-cv-3646 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendants' motion to dismiss this lawsuit. *See* Dkt. 13. Ms. Shkoza is directed to respond to the motion within 30 days of this order. In preparing her response, Ms. Shkoza may wish to consult the New York Legal Assistance Group's legal clinic for *pro se* litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

    Ms. Shkoza is also informed that, pursuant to Federal Rule of Civil Procedure 15, she has the right to amend her complaint once as a matter of course within 21 days of service of Defendants' motion.

    Based on the Court's initial review of Defendants' motion to dismiss, the Court finds that good cause exists for a stay of discovery pursuant to Federal Rule of Civil Procedure 26(c). *See Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002) (emphasis added). Discovery is stayed until the Court decides Defendants' motion to dismiss.

    If the case is not dismissed, the Court will schedule an initial status conference following its decision.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   December 8, 2020
         New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge