| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/17/2021 |

ARDIANA SHKOZA,

                 Plaintiff,

    v.

NYC HEALTH & HOSPITAL CORPORATION,

                 Defendant.

20-CV-3646 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Following the discussion at today's conference where Ms. Shkoza represented that she was willing to represent herself *pro se* at a mediation conference, the Court was informed that pro bono counsel has been secured to represent Ms. Shkoza for the limited purpose of mediation. Accordingly, pro bono counsel will reach out to Ms. Shkoza and this case will proceed to mediation within the next thirty days, with counsel representing her. It is hereby:

    ORDERED that Defendant submit a letter no later than February 18, 2022 updating the Court on the status of the case. If Ms. Shkoza wishes to file her own letter at that time, she may do so. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   December 17, 2021
             New York, New York

                                                   RONNIE ABRAMS
                                                   United States District Judge