```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARDIANA SHKOZA,

                          Plaintiff,

            v.

NYC HEALTH AND HOSPITAL CORPORATION,

                          Defendant.

20-CV-3646 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    No later than April 29, 2022, the parties shall submit a status letter updating the Court on whether the mediation session held on March 28, 2022 was successful.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    April 15, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge