UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

ARDIANA SHKOZA,

                Plaintiff,

v.

NYC HEALTH AND HOSPITAL CORPORATION,

                Defendant.

20-CV-3646 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    There is a post-fact discovery conference scheduled in this matter on December 15, 2022. Before the conference, the parties shall file a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action since the last letter submitted on November 2, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    December 12, 2022
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge