**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARDIANA SHKOZA,

                Plaintiff,

    v.

NYC HEALTH AND HOSPITAL CORPORATION,

                Defendant.

20-CV-3646 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

       The Court has been advised that the settlement conference held on February 10, 2023 was unsuccessful in resolving this matter. No later than March 1, 2023, the parties shall file a joint letter proposing a briefing schedule for any summary judgment motions.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    February 15, 2023
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge