# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ARDIANA SHKOZA,

                Plaintiff,                  20 **CIVIL** 3646 (RA)

    -against-                  **JUDGMENT**

NYC HEALTH AND HOSPITALS
CORPORATION,

                Defendant.

-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 13, 2024, NYC Health & Hospitals' motion for summary judgment is granted. Accordingly, the case is closed.

**Dated:**  New York, New York
          March 14, 2024

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**

                    **BY:**
                                            _____
                                                  **Deputy Clerk**