UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
ARDIANA SHKOZA,                                  :

               Plaintiff,             :

                                        1:20-cv-03646-RA

               v.                     :

                                   :

NYC HEALTH AND HOSPITAL
CORPORATION,                                     :

               Defendant.             :
-------------------------------------------------x

**<u>PROPOSED ORDER – WITHDRAWAL OF COUNSEL</u>**

        The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendant, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated:  New York, New York
          May 19, 2025

                                                PADUANO & WEINTRAUB LLP

                                               By: <u>/s/ Angela M. Wanslow</u>
                                                    Angela M. Wanslow
                                             1251 Avenue of the Americas
                                             Ninth Floor
                                             New York, New York 10020
                                             (212) 785-9100
                                             <u>amw@pwlawyers.com</u>

Application granted.

SO ORDERED.

          /s/
_____
Hon. Ronnie Abrams
May 20, 2025