**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARDIANA SHKOZA,

                Plaintiff,

    -against-                                          20 **CIVIL** 3646 (RA)

                                                               **JUDGMENT**

NYC HEALTH AND HOSPITAL
CORPORATION,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated June 4, 2025, Plaintiff's motion for reconsideration and relief from final judgment is denied.

**Dated:**  New York, New York

       June 5, 2025

                                                              **TAMMI M. HELLWIG**
                                                             _____
                                                                 **Clerk of Court**

                                               **BY:**

                                                                 _____
                                                                 **Deputy Clerk**